IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brooks, Andrea M

Printed: 9/3/08

Case Number: 05 B 08589
Judge: Wedoff, Eugene R
Filed: 3/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: April 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,434.00 |  |
| Secured: |  | 18,076.69 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,294.00 |
| Trustee Fee: |  | 1,063.31 |
| Other Funds: |  | 0.00 |
| Totals: | 21,434.00 | 21,434.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,294.00 | 2,294.00 |
| 2. | National City Mortgage Co | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 24,381.47 | 13,124.53 |
| 4. | National City Mortgage Co | Secured | 8,686.33 | 4,952.16 |
| 5. | Portfolio Acquisitions | Unsecured | 2,483.26 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 4,743.39 | 0.00 |
| 7. | Great American Finance Company | Unsecured | 504.44 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 250.00 | 0.00 |
| 9. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | $ 43,342.89 | $ 20,370.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 108.00 |
| 3% | 54.00 |
| 5.5% | 396.00 |
| 5% | 45.00 |
| 4.8% | 133.93 |
| 5.4% | 326.38 |
|  | $ 1,063.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brooks, Andrea M

Printed: 9/3/08

Case Number: 05 B 08589
Judge: Wedoff, Eugene R
Filed: 3/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

